# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT MAYFIELD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 15-0779** |
| | : | |
| **VINCENT MOONEY "ET AL", THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : | |

## ORDER

**AND NOW**, this 31st day of August, 2015, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Response to the Petition for Writ of Habeas Corpus (Document No. 11), the Report and Recommendation filed by United States Magistrate Judge Marilyn Heffley (Document No. 13), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Heffley is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**; and,

3. There is no probable cause to issue a certificate of appealability.

        /s/Timothy J. Savage
       TIMOTHY J. SAVAGE, J.